[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1981

UNITED STATES,

Appellee,

v.

CARLOS FIGUEROA-CARDONA, a/k/a El Primo, a/k/a Charlie,

Defendant, Appellant.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Daniel R. Domínguez, U.S. District Judge]

---

Before

Selya, Lynch and Lipez,
Circuit Judges.

---

Victor Ramos Rodriguez on brief for appellant.
Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco, Assistant United States Attorney, and Nelson Perez-Sosa, Assistant United States Attorney, on brief for appellee.

---

September 25, 2000

---

**Per Curiam**.   The notice of appeal in this matter was filed one day late.   Still, after a thorough review of the record and of the parties' submissions, we find that the merits of the appeal favor the appellee.   Thus, we bypass the jurisdictional question.   See United States v. Woods, 210 F.3d 70 (1st Cir. 2000).   We affirm the order of detention, essentially for the reasons set out by the district judge in his written order.

Affirmed.   1st Cir. Loc. R. 27(c).